**Order entered August 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01486-CV

## IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

This appeal concerns two trial court orders signed on December 15, 2017. Before the Court is appellant's August 8, 2018 amended motion to vacate orders. In the motion, appellant acknowledges that no record was made of the hearing conducted on December 15, 2017. Accordingly, on the Court's own motion, we **ORDER** the appeal submitted without a reporter's record.

Based on the lack of a reporter's record, appellant asks in his motion that the December 15 orders be vacated. In a letter filed on March 2, 2018, counsel for appellee indicated that she would be agreeable to such a resolution. We **DEFER** appellant's amended motion to vacate orders to the submissions panel. Alternatively, the parties may file an agreed motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(2).

Appellant's brief on the merits is due **WITHIN THIRTY DAYS** of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE